IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GLENN R. WAITE, Individually    )
and as Personal Representative  )
of the Estate of Harriet I.     )
Waite, deceased,                )
                                )
            Plaintiff,          )      7:08CV5000
                                )
      v.                        )
                                )
ANN ROSENBERRY, CLERK OF        )      ORDER AND JUDGMENT
DISTICT COURT IN AND FOR THE    )
COUNTY OF SCOTTS BLUFF,         )
NEBRASKA; RANDALL L.            )
LIPPSTREU, JUDGE OF DISTRICT    )
COURT IN AND FOR THE COUNTY     )
OF SCOTTS BLUFF, NEBRASKA,      )
JANE DOE, REAL NAME UNKNOWN,    )
JON BRUNING, NEBRASKA ATTORNEY  )
GENERAL; JANICE K. WALKER;      )
NANCY ADAMS; and ALYCE          )
MAUPIN, R.N.,                   )
                                )
            Defendants.         )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendants' motions to dismiss (Filing Nos. 43 and 47) and motion for summary judgment (Filing No. 53) are granted. Plaintiff's amended complaint is dismissed and all claims against all defendants are dismissed without prejudice.

2) All other pending motions are denied as moot.

DATED this 20th day of August, 2009.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court